UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN -3 2020

Clerk, U.S. District and
Bankruptcy Courts

DEMETRIUS HILL, )
)
Petitioner, )
)
v. ) Civil Action No. 1:19-cv-003364 (UNA)
)
)
COUNTER TERRORISM UNIT, *et al.*, )
)
Respondents. )

## ORDER

The Court hereby advises plaintiff that federal law, effective April 9, 2006, requires a plaintiff in a civil action to pay a filing fee of $350.00. Though the operative pleading in this matter, ECF No. 1, is titled as a petition for habeas corpus, the claims in this matter are, in fact, based on allegations of constitutional violations, *see Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971); 42 U.S.C. § 1983.

In order for the Court to consider plaintiff's application to proceed without prepayment of fees, plaintiff must provide the Court with <u>a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined</u>. 28 U.S.C. § 1915(a)(2). After submission of the trust fund information, the Court will determine plaintiff's ability to pay the entire amount in one payment. If the Court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account

balance exceeds $10.00. Payments will continue until the filing fee is paid. Plaintiff has failed to submit such information. Plaintiff has also failed to comply with the specific informational requirements for affidavits submitted pursuant to 28 U.S.C. § 1915(a)(1).

It is hereby

**ORDERED** that, within thirty (30) days of this Order, plaintiff shall provide the information described above, or provide the Court with the reasoning as to why plaintiff cannot obtain such information. Failure to comply with this Order will result in dismissal of this action without prejudice.

**SO ORDERED.**

/s/ Randolph D. Moss
United States District Judge

DATE: Dec. 20, 2019