RECEIVED
Mail Room

JAN 27 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DEMETRIUS HILL, Pro se,
                    Petitioner                    19-CV-003364(UNA)

            V.                              Request for Equitable

Counter Terrorism unit, et al.,             Relief-Order To Show
                    Respondents.            Cause RFRA

1. Petitioner is NOT filing a "Bivens" action, as He made clear in the complaint He is in fact a "Religious FREEDOM RESTORATION ACT" (RFRA) to prevent the BOP' continued discrimination against Petitioner based on His religious beliefs i.e. The 1st PROPHECY: TREASON. And to direct the BOP to acknowledge Pet's religion, and afford all True Believers the same privileges, practices, and protections as other religious adherents confined within the BOP & equitable relief.

2. Petitioner also requested Habeas Corpus relief, "Bivens" does NOT provide relief for Religious Rights via The 1st Amendment to the u.s Constitution.

3. Petitioner has been transferred to the Special management unit, (SMU) at AUSP Thomson and is confined to "solitary Confinement". Pet's has No access to his Trust Fund Account statement or any computer where such are maintained.

Including any "ledger sheets", For such Petitioner request the Court send a Order to "administrative staff" at this Facility. In fact staff claim to be under staffed and Petitioner is uncertain as to whether any one has been hired to fill such a role here. Nonetheless Petitioner has $200.00 encumbered on His account and a little over $300.00 to buy hygiene & supplies including OTC medications from Commissary. The RFRA does NOT have any filing fee and thus Pet. request that the Court assign a Judge to this action and that a Order to show Cause be issued to the BoP and Counter Terrorism unit regarding the claims subsumed within the Complaint.

　　　　Petitioner request a Order To show Cause be expedited as every day delayed I am denied free practice & exercise of my Religious beliefs —

I, Demetrius Hill, declare the Foregoing Facts are True & Correct
Executed 1/15/20, Via 28 USC 1746

In Struggle
Demetrius Hill #68133-053
A USP Thomson
P.O. Box 1001
Thomson, IL, 61285