Hon. TREVOR N. McFadden
U.S. DISTRICT COURT
Washington, DC, 20001

*LEAVE TO FILE GRANTED*
*[signature]* 5/15/2020

5/7/2020

RE: Hill V. CTU, 19-CV-3364
IFP Status; RFRA COMPLAINT
Plz. Send Copy of Complaint

Dear judge McFadden

I have not seen any one from the Trust Fund dept. and no one has responded to my request for a copy of my account statement. As stated previously I am in the S.M.U. which is solitary confinement, and no from the prison administration does rounds. Because I need this litigation to proceed, I am sending the IFP form completed and ask the court to be aware I have received no incoming funds, in the last 6 months. Based on my Commissary receipt, my account balance is $437.00, however $200.00 are in fact encumbered (for a disciplinary hearing I am appealing). I use the remaining funds for hygiene, OTC medications & coffee, as such I humbly request the court deduct a nominal filing fee and

and be clear about the manner in which funds are to be deducted cf. Wilson v. Sargent, 313 F.3d 1315 (11 cir. 2002). Moreover, because the defendants continue to deny my religious rights or to acknowledge my religion and have retaliated against me for exercising my religious rights as bestowed by YahWeH, I request this litigation be expedited and injunctive relief be granted. I Thank the Court in advance —

Note Plz send mail via certified as this facility hold incoming mail for extended periods.

In Struggle
Demetrius Hill
68183-053
AUSP Thomson
Po Box 1002
Thomson IL, 61285

I, Demetrius Hill, declare under penalty of perjury the foregoing facts are true & correct to the best of my knowledge —
28 USC 1746   Executed 5/7/20

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: KiNG DeMETRIUS The 1st PROPHET,    v. Counter Terrorism unit, et al,

Civil Action No. 19-CV-3364

I, KING DEMETRIUS, Reg. No. 68133-053, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $400.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $400.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, of any costs imposed by the District Court.

Signature of Plaintiff  King Demetrius Hill The 1st PROPHET

5/7/20
Date